42 N.Y.2d 933 (1977)
Kenneth P. Satterly, Respondent,
v.
Ruth Plaisted, Individually and as Executrix of Dora Plaisted, Deceased, Appellant.
Court of Appeals of the State of New York.
Argued June 1, 1977.
Decided June 30, 1977.
Paul R. Taylor for appellant.
Weston H. Palmer for respondent.
Concur: Chief Judge BREITEL and Judges JASEN, GABRIELLI, JONES, WACHTLER, FUCHSBERG and COOKE.
Judgment affirmed, with costs, for the reasons stated in the memorandum at the Appellate Division (52 AD2d 1074).